## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Regina Morris

                      Plaintiff,

v.                                               Case No.: 1:21–cv–02404
                                                   Honorable Steven C. Seeger

Nextep Systems, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the minute order from Judge McShain (Dckt. No. [91]), who presided over a successful settlement conference. The parties have reached a settlement in principle. The Court stays all deadlines, including the deadlines for responding to the motions for class certification and the motion for summary judgment. The motions (Dckt. No. [79], [84], [85]) are hereby denied as moot (for administrative purposes only). The parties must file a status report about their efforts to finalize the settlement agreement by January 26, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.