**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REGINA MORRIS, individually, and on behalf of all others similarly situated, | |
| **Plaintiff,** | |
| v. | No. 1:21-cv-02404 |
| NEXTEP SYSTEMS, INC., | Honorable Steven C. Seeger |
| **Defendant.** | Honorable Magistrate Judge Heather K. McShain |

**PLAINTIFF'S UNOPPOSED MOTION TO VACATE THE JANUARY 27, 2023, ORDER OF DISMISSAL AND TO REINSTATE PROCEEDINGS**

Plaintiff, by and through her counsel, hereby respectfully moves this Honorable Court to vacate its January 27, 2023, order of dismissal without prejudice and reinstate the proceedings for settlement purposes only. In support of this motion, Plaintiff states as follows:

1. Named Plaintiff, Regina Morris ("Plaintiff"), filed a Class Action Complaint on March 9, 2021, alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, against Defendant Nextep Systems, Inc. ("Defendant" or "Nextep").

2. On January 26, 2023, the Parties submitted a Joint Status Report and informed the Court that the Parties had reached a settlement in principle on January 11, 2023, that will resolve the case in its entirety. (Dkt. No. 93.)

3. The Parties have since spent the last several weeks drafting and negotiating the finer deal points of the settlement for which Plaintiff is now seeking the Court's approval, implementation, and enforcement thereof.

4. On January 27, 2023, the Court, after reviewing the Parties' Joint Status Report, entered an Order noting that the Parties reached a settlement in principle, were finalizing the

1

written settlement agreement, and dismissed the matter without prejudice. (Dkt. No. 94.) The Court noted the dismissal will automatically convert to a dismissal with prejudice unless a party seeks and obtains relief by the Court by March 31, 2023. (*Id.*)

5. Rule 23 requires judicial approval of all proposed class action settlements. The procedure for review of a proposed class action settlement is a familiar two-step process—preliminary and final approval—which was codified under Rule 23(e). Fed. R. Civ. P. 23(e)(1)-(2) (eff. Dec. 1, 2018); *see also* 4 Newberg on Class Actions § 13:1 (5th ed.). The first step—preliminary approval—is a pre-notification inquiry to determine whether the court "will likely be able to approve the proposal under Rule 23(e)(2)," finding that it is sufficiently fair, reasonable, and adequate. Fed. R. Civ. P. 23(e)(1)(B). At the preliminary approval stage, the Court needs to determine whether the proposed settlement is "within the range of possible approval" such that there is "reason to notify the class members of the proposed settlement and to proceed with a fairness hearing." *Gautreaux v. Pierce*, 690 F.2d 616, 621 & n.3 (7th Cir. 1982). If and once preliminary approval is granted, class members are notified of the settlement, and the court and parties proceed to the second step—the final fairness determination. *Id.* at 621.

6. Accordingly, Plaintiff respectfully requests that this Honorable Court vacate its January 27, 2023, Order dismissing the case without prejudice, and reinstate the matter for approval, including preliminary and final approval, implementation, and enforcement of the Parties' proposed Class Action Settlement Agreement and Release.[1]

7. Defendant has confirmed in writing that it does not object to or oppose the relief sought in this motion.

**WHEREFORE**, Plaintiff respectfully requests this Court grant this unopposed motion,

---

[1] Plaintiff will be filing her Unopposed Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement contemporaneously with the instant motion.

vacate its January 27, 2023, Order, and reinstate the matter for approval, implementation, and enforcement of the Parties' (proposed) Class Action Settlement Agreement and Release.

Dated: March 6, 2023 Respectfully submitted,

  /s/ Andrew C. Ficzko

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

4

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 6, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<em>/s/ Andrew C. Ficzko</em>