IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA MORRIS, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NEXTEP SYSTEMS, INC.,<br><br>      Defendant. | No. 1:21-cv-02404<br><br>Honorable Steven C. Seeger<br><br>Honorable Magistrate Judge Heather K. McShain |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR PLAINTIFF'S UNOPPOSED MOTION FOR AND MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, by and through her counsel, hereby respectfully moves this Honorable Court, pursuant to Local Rule 7.1, to allow her to exceed this Court's limit of fifteen (15) double-spaced pages for her Unopposed Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"). Granting of this motion will enable Plaintiff to sufficiently articulate her position in favor of her Motion for Preliminary Approval. In support of this motion, Plaintiff states as follows:

1. Plaintiff will file her Motion for Preliminary Approval on March 6, 2023, contemporaneously with the instant motion.[1]

2. Local Rule 7.1 provides that briefs in support of any motion shall not exceed fifteen (15) pages without court approval. *See* N.D. Ill. L.R. 7.1.

3. Plaintiff's Motion for Preliminary Approval will address the relevant facts in this case, the applicable legal standard, and each of her arguments in support of the Motion for

---

[1] Plaintiff is also filing a motion to reinstate the proceeding contemporaneously too.

1

Preliminary Approval.

4. Plaintiff has diligently attempted to keep the Motion for Preliminary Approval within fifteen (15) pages, but in light of the volume of legal arguments required to thoroughly present the Motion for Preliminary Approval, she could not reasonably comply with Local Rule 7.1. Thus, Plaintiff respectfully requests that she be permitted to exceed the page limit by twenty pages to enable her to submit a thirty-five (35) page Motion for Preliminary Approval.

5. Defendant has confirmed in writing that it does not object to or oppose the relief sought in this motion.

**WHEREFORE**, Plaintiff respectfully requests this Court to grant this unopposed motion.

Dated: March 6, 2023

Respectfully submitted,

 */s/ Andrew C. Ficzko*

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312-233-1550
312-233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF
AND THE PUTATIVE CLASS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2023 he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<u>/s/ Andrew C. Ficzko</u>