# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Regina Morris

                Plaintiff,

v.                                               Case No.: 1:21–cv–02404

                                                          Honorable Steven C. Seeger

Nextep Systems, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on June 11, 2024. For reasons stated in court, plaintiff's unopposed motion for final approval of class action settlement (Dckt. No. [107]) is hereby granted. As explained on the record, the Court finds that the settlement complies with all of the requirements of Rule 23. The settlement is fair and reasonable, and notice was adequate. The Court grants the petition for approval of attorneys' fees and costs (Dckt. No. [108]). Order approving settlement and attorney fees to follow. Judgment to follow. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.