UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA MORRIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>NEXTEP SYSTEMS, INC.,<br><br>   Defendant. | Case No. 1:21-cv-2404<br><br>Honorable Steven C. Seeger |

## **FINAL JUDGMENT ORDER**

  This Court, having granted Plaintiff's Unopposed Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Class Counsel's Unopposed Petition for Approval of Attorneys' Fees, Costs, and Service Award to the Class Representative, due notice having been given, no objections having been filed, and the Court fully advised, IT IS HEREBY ORDERED:

  Judgment is hereby entered in favor of Plaintiff, individually and on behalf of all others similarly situated, and against Defendant Nextep Systems, Inc. in the total sum of $616,050.00.

  IT IS SO ORDERED.

Date: July 12, 2024

                             Steven C. Seeger
                             United States District Judge